**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DIAZ CISNEROS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY TARIN; DEPUTY STILGENBAUER; DEPUTY BARR, in their Official and Individual capacities; and DOES 1-30, inclusive<br><br>Defendants. | Case No. 2:21-cv-01493-DSF-JEM<br><br>Honorable Dale S. Fischer<br><br>**ORDER TO DISMISS ENTIRE ACTION**<br><br>[Fed.R.Civ.Pro. Rule 41(a)(1)(A)(ii)]<br><br>[*Stipulation lodged concurrently herewith*] |

Pursuant to stipulation by and between Plaintiff Humberto Diaz Cisneros and Defendants County of Los Angeles, Deputy Tarin, Deputy Stilgenbauer and Deputy Barr, through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT:

///
///
///

1

1  The above-captioned action be and hereby dismissed in its entirety, with all
2  parties to bear their own costs and attorney's fees.

Dated: April 29, 2022

_____
Honorable Dale S. Fischer
United States District Judge